# EXHIBIT C

# BARRIGAR & MOSS

BARRISTERS AND SOLICITORS
REGISTERED PATENT AND TRADEMARK AGENTS

BARRIGAR MOSS HAMMOND
McGRUDER CASSAN & MACLEAN

OFFICES IN OTTAWA, MISSISSAUGA, VANCOUVER

81 METCALFE STREET, 7TH FLOOR
OTTAWA, ONTARIO, CANADA   K1P 6K7

TELEPHONE (613) 238-6404
FAX (613) 230-8755

ROBERT H. BARRIGAR, Q.C.
W. DENNIS MOSS
PETER R. HAMMOND
DAVID J. McGRUDER
LYNN S. CASSAN
P. SCOTT MACLEAN
JEFFREY T. DAINES (Alta., B.C.)
MARK F. WALKER
TED B. URBANEK (B.C.)

ERIC C. DEVENNY, Trademark Agent

CONFIRMATION COPY
(also sent by telecopier)

10 March, 1995

BY TELECOPIER

Anthony Iarocci, Esq.
President
Tigercat Industries Inc.
86 Plant Farm Boulevard
P.O. Box 4650
BRANTFORD, Ontario
N3T 6J7

Dear Mr. Iarocci:

  Re: Trademark Infringement Complaint
    by Caterpillar Inc.
    Our Ref. : C091B004M

  We refer to our letter to you of 17 July, 1992 and subsequent telephone conversation regarding your company's use of the trademark and trade name TIGERCAT in association with a harvester machine.

  It is clear that your company's continuing use of the mark TIGERCAT in the heavy equipment industry is confusing with the mark CAT of our client Caterpillar Inc. and cannot be permitted to persist. Moreover, any introduction of new products by your company to be associated with the mark TIGERCAT and overlapping or relating to our client's wheel skidder line of machines, which we understand are planned by your company, would seriously conflict with the business of our client and damage its strong, world-wide reputation for CAT machinery.

  We, therefore, reiterate or demand on behalf of our client that your company terminate its use of the trademark TIGERCAT in association with heavy equipment and change its

## BARRIGAR & MOSS

- 2 -

Anthony Iarocci, Esq.  10 March, 1995
President

corporate name to a non-confusing name excluding the word CAT or any variation similar thereto. We ask for your immediate undertaking to comply with this demand. Your timely co-operation will, of course, be a factor determining our client's further action in this matter and the possibility that it may be willing to permit an orderly phase-out of the mark/name TIGERCAT to your company's benefit.

We require your response within fifteen days failing which a formal action may be filed against your company without further notice to you.

Yours faithfully,

BARRIGAR & MOSS

LSC:rv  Per: Lynn S. Cassan