# EXHIBIT D

# Tigercat

Tigercat Industries Inc.

86 Plant Farm Blvd., P.O. Box 4650
Brantford, Ontario, Canada  N3T 6J7
Tel: (519) 753-2000,  Fax: (519) 753-8272

March 21, 1995

BARRIGAR MOSS HAMMOND
McGRUDER CASSAN & MACLEAN
81 Metcalfe Street, 7th floor
Ottawa, Ontario, Canada
K1P 6K7

Attn.: Lynn S. Cassan

Subject: Tigercat company name

Dear Ms. Cassan:

It was our understanding that the matter of our company name was settled when we explained to your firm in August 1992 that several senior executives and a Vice President of Caterpillar Inc. were aware of our company and not one of them ever mentioned any concern whatsoever regarding the name of our Company.

Your letter dated 10 March, 1995 comes to us as a complete surprise given the length of time that that has elapsed since my last telephone call to David McGruder on August 14, 1992.

We have spent a considerable sum of money promoting the Tigercat brand name in conjunction with product development, and evolvement of a distribution network.

We sell our products through many dealers in both Canada and the United States. Currently, in Canada we distribute our Tigercat branded machines through John Deere dealers. In the United States, in addition to many independent dealers, we are represented by Caterpillar dealers in the states of Alabama, Louisiana, Arkansas and Texas.

To the best of our knowledge, no one, either customers or dealer personnel, has ever raised the subject or expressed concern of any confusion regarding the Tigercat and Caterpillar Companies.

We have a great deal invested in our company name and have made substantial progress in establishing valuable market recognition of the Tigercat brand. A change in name would be extremely costly and would seriously disrupt our business. It is not in the best interest of our company to change our name and we do not recognize the need to do so.

We trust that you will agree with us.


Sincerely,

Anthony Iarocci
President